**In the interest of A.N.P.**

**No. ED 100906.**

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 19, 2014.

Karen Dill Siegel, Saint Louis, MO, for Appellant.

Chris R. Brown, Saint Louis, MO, for Respondent, Juvenile Officer.

Kelley McCadden Winkler, Saint Louis, MO, Guardian ad Litem for A.N.P.

Before LAWRENCE E. MOONEY, P.J., CLIFFORD H. AHRENS, J. and GLENN A. NORTON, J.

## *ORDER*

PER CURIAM.

M.P. ("Father") appeals the judgment terminating his parental rights to A.N.P. We find the trial court did not abuse its discretion in finding termination is in A.N.P.'s best interests.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).